[Malloy v. The State.]

# Malloy *v.* The State.

### *Intoxicating Liquors.*

(Decided Dec. 16, 1909.  50 South. 1027.)

*Intoxicating Liquors; Affidavit; Sufficiency.*—An affidavit reciting that M. being duly sworn deposes and says on oath that he has probable cause for believing that the offense of selling or otherwise disposing of spirituous, vinous or malt or other intoxicating liquors, has been committed in said county by Pat Malloy, is a proper compliance with section 6703, Code 1907, and good against demmurrer.

APPEAL from Lee Law and Equity Court.

Heard before Hon. A. E. BARNETT.

Pat Malloy was convicted of illegally retailing spirituous, vinous, or malt liuqors, and appeals.  Affirmed.

The affidavit was as follows (omitting caption) : "Before me, Albert E. Barnett, judge of the Lee county court of law and equity, personally appeared J. L. Moon, who, being first duly sworn, deposes and says on oath that he has probable cause for believing and does believe that the offense of selling or otherwise disposing of spirituous, vinous, malt, or other intoxicating liquors contrary to law has been committed in said county by Pat Malloy." Signed, etc.  The demurrer is that the affidavit fails to allege that the affiant has probable cause for believing the defendant is guilty.

BARNES & DENSON, and R. C. SMITH, for appellant.— No brief came to the Reporter.

ALEXANDER M. GARBER, Attorney General, for the State.—The affidavit was sufficient.—Sec. 6703, Code 1907.

SIMPSON, J.—The only question raised in this case is as to the correctness of the ruling of the court in over-ruling the demurrer to the affidavit. The affidavit is in accordance with section 6703, Code of 1907, and the demurrer was properly overruled.

The judgment of the court is affirmed.

Affirmed.

DOWDELL, C. J., and McCLELLAN and MAYFIELD, JJ., concur.